UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
ELEUTEIO RAMIREZ, pro se,                          :
                                                   :
            Petitioner,            :         **ORDER**
                                                   :
        -against-                :         03-CV-3999 (DLI)(LB)
                                                   :
KENNETH S. PERLMAN, Superintendent,                :
Mohawk Correctional Facility,                      :
                                                   :
           Respondent.         :
-----------------------------------------------------------------x

**DORA L. IRIZARRY, U.S. District Judge:**

       It appearing that no objections have been filed to the Report and Recommendation of the Honorable Lois Bloom, U.S.M.J., dated August 9, 2005; and

       Upon consideration, the Report and Recommendation is hereby adopted in full. Accordingly, it is hereby

       ORDERED that the petition seeking a writ of habeas corpus under 28 U.S.C. § 2254 is denied; and it is further hereby

       ORDERED that, as stated in the Report and Recommendation, because the petitioner has not made a substantial showing of the denial of any constitutional right, petitioner is denied a certificate of appealability. Pursuant to 28 U.S.C. § 1915(a), any appeal from a judgment denying this petition would not be taken in good faith.

       ORDERED that service of a copy of this Order shall be made by the Clerk of this Court by forwarding a copy hereof to all parties.


DATED:     Brooklyn, New York
            September 1, 2005


                        _____/s/_____
                            DORA L. IRIZARRY
                       United States District Judge